**CONFORM AND RETURN**

FILED
2012 JUL 17 PM 4:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  GREGORY W. KNOPP (SBN 237615)
   MARK R. CURIEL (SBN 222749)
2  TIMOTHY B. DEL CASTILLO (SBN 277296)
   gknopp@akingump.com
3  mcuriel@akingump.com
   tdelcastillo@akingump.com
4  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East
5  Suite 2400
   Los Angeles, CA 90067
6  Telephone:   310-229-1000
   Facsimile:   310-229-1001
7
8  Attorneys for Defendant Starbucks Corporation
9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12
13 | REBECCA BIRDSALL and         | Case No. CV12-6165 -PA
   | TAHIRAH THOMPSON,            | (PJWx)
14 | individually, and on behalf of other |
   | members of the general public      | DEFENDANT STARBUCKS
15 | similarly situated,                 | CORPORATION'S NOTICE OF
   |                                     | PENDENCY OF OTHER ACTIONS
16 |           Plaintiffs,               | OR PROCEEDINGS
17 |    vs.                              | [Notice of Removal, Supporting
   |                                     | Declarations of Mark R. Curiel and
18 | STARBUCKS CORPORATION, a            | Jana Rutt, Notice of Interested Parties,
   | Washington corporation;             | Notice of Related Cases, and Civil Case
19 | STARBUCKS COFFEE COMPANY,           | Cover Sheet filed concurrently]
   | a Washington corporation; and DOES  |
20 | 1 through 10 inclusive,             | Date Action Filed: April 24, 2012
21 |           Defendants.               | (*Los Angeles County Superior Court,
   |                                     | No. BC483348*)
22
23
24
25
26
27
28

DEFENDANT STARBUCKS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Pursuant to Local Rule 83-1.4.2, defendant Starbucks Corporation hereby discloses the following pending action that involves all or a material part of the subject matter of the above captioned action:

a) <u>Case Name</u>: *Cummings v. Starbucks Corp.*, No. 3:12-cv-00213-LAB-JMA (S.D. Cal. filed Dec. 22, 2011).

b) <u>Parties</u>: Nicole Cummings, individually and on behalf of other members of the general public similarly situated, Plaintiff. Starbucks Corporation, Defendant.

c) <u>Attorneys for Cummings</u>:

Eric K. Yaeckel
Clint S. Engleson
Sullivan Law Group, LLP
2330 Third Avenue
San Diego, California 92101
Telephone: (619) 702-6760

<u>Attorneys for Starbucks</u>:

Gregory W. Knopp
Mark R. Curiel
Galit A. Knotz
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000

d) Like plaintiffs here, Cummings also brought her case as a putative class action against Starbucks. Cummings, like plaintiffs, similarly brings claims against Starbucks for meal and rest break premiums, late final wages, and violation of the California Unfair Competition Law. Cummings, like plaintiffs, similarly brings a claim against Starbucks for unpaid minimum and overtime wages, but Cummings's basis for this claim (alleged unlawful timekeeping system) differs from plaintiffs' basis (alleged off the clock work). Although Cummings brings two additional claims that plaintiffs here do not, the putative class in *Cummings* otherwise subsumes the putative class here.

On May 11, 2012, given the overlap between *Cummings* and another action, *York v. Starbucks*, Case No. CV 08-07919-GAF (PJWx), Starbucks filed a motion to transfer

the *Cummings* action to the Central District of California. The motion is currently under submission in the Southern District.

Dated: July 17, 2012

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Mark R. Curiel
Attorneys for Starbucks Corporation

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On July 17, 2012, I served the foregoing document described as: **DEFENDANT STARBUCKS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** on the interested party(ies) below, using the following means:

Mark Yablonovich, Esq.
Neda Roshanian, Esq.
Michael Coats, Esq.
LAW OFFICES OF MARK YABLONOVICH
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at _____, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2012, at Los Angeles, California.

Robin-lyn Mendick
[NAME]                                    Signature

PROOF OF SERVICE